UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VASHON ARTURO FAISON

    Plaintiff,

v.                                 Case No. 3:21cv1016-MCR-HTC

OFFICER GEROW, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 13, 2021 (ECF No. 4), which recommends this case be transferred to the United States District Court for the Middle District of Florida where venue is proper. Plaintiff was furnished with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 4) is adopted and incorporated by reference in this order.

(2) The clerk is directed to TRANSFER this action to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. §§1404, 1406.

(3) The Clerk is directed to close this file in the Northern District.

**DONE AND ORDERED** this 29th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1016-MCR-HTC